United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN TURNAGE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF RICHMOND, et al.,<br><br>          Defendants. | Case No.  13-cv-05911-TEH<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

        In light of the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated:   01/22/14

THELTON E. HENDERSON
United States District Judge