UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTUMN TURNAGE,

Plaintiff,

v.

CITY OF RICHMOND, et al.,

Defendants.

Case No. 13-cv-05911-TEH

**ORDER RE: STIPULATION ON REVISED BRIEFING AND HEARING SCHEDULE**

On January 26, 2015, the parties to this action filed a joint stipulation asking the Court to reset the hearing date and briefing schedule on Defendants' motion for summary judgment. (Docket No. 33). Importantly, this schedule proposes a hearing date that is only one week after the proposed reply deadline. This request is unacceptable.

As a preliminary matter, this stipulation is untimely under the Court's Civil Standing Order, which requires in relevant part, "Parties seeking to enlarge a filing deadline . . . must file a stipulation and proposed order . . . at least five days prior to the deadline . . . ." Standing Order ¶ 3. Because Plaintiff's opposition is due on January 30, this request should have been filed by January 25. However, the Court will excuse this oversight and consider the parties' proposal.

The structure of the Civil Local Rules for the Northern District of California provides a briefing and hearing schedule that allows the Court, at minimum, two weeks to review the completed papers before a matter is heard at oral argument. This structure is not arbitrary; it provides the Court sufficient time to properly consider the written arguments presented on often highly complex matters of law. Despite counsel's trial obligations, the stipulation's proposed schedule sacrifices the necessary preparation of the Court for the convenience of the parties.

1  The Court therefore GRANTS the proposed briefing schedule, but DENIES the
2  proposed hearing date. Accordingly, the opposition is due **March 9, 2015**, and the reply is
3  due **March 16, 2015**. The hearing currently set for February 23, 2015, is VACATED.
4  The parties are FURTHER ORDERED to meet and confer, agree upon a date
5  certain and in accordance with the Court's calendar, and provide the Court with an
6  acceptable hearing date, which must be <u>at least two weeks</u> after the March 16 reply
7  deadline.

**IT IS SO ORDERED.**

Dated: 01/27/15    _____
THELTON E. HENDERSON
United States District Judge