1  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
2  SCOTT D. HELSINGER, Bar No. 287178
   shelsinger@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California  94108.2693
5  Telephone:   415.433.1940
   Facsimile:    415.399.8490
6
   Attorneys for Defendants
7  CITY OF RICHMOND and DEANA NORTON

8  DAVID M. POORE, Bar No. 192541
   dpoore@bplegalgroup.com
9  SCOTT A. BROWN, Bar No. 177099
   sbrown@bplegalgroup.com
10 BROWN POORE LLP
   1350 Treat Blvd., Suite 420
11 Walnut Creek, CA 94597
   Telephone:   925.943.1166
12
   Attorneys for Plaintiff
13 AUTUMN TURNAGE

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 AUTUMN TURNAGE,                          **Case No. 3:13-CV-05911 TEH**

19                                          **STIPULATION AND ~~PROPOSED~~ ORDER
            Plaintiff,                      SETTING HEARING DATE ON
20                                          DEFENDANTS' MOTION FOR
                                            SUMMARY JUDGMENT [DOC. 29]**
21      v.
                                            Complaint Filed:  November 7, 2013
22 CITY OF RICHMOND; DEANA                  First Amended Complaint filed: January 10,
   NORTON;  and DOES 1 through 50,          2014
23 inclusive,
                                            (Originally filed in Contra Costa County
24                                          Superior Court, Case No. C13-02377)
            Defendants.
25                                          Judge:  Thelton E. Henderson
                                            Dept.:  Courtroom 12 - 19th Floor
26

27

28

Pursuant to the Court's Order of January 27, 2015 vacating the hearing and ordering the parties to meet and confer as to acceptable hearing dates for Defendant's Motion for Summary Judgment, or, in the alternative, Motion for Summary Adjudication, the parties to this action, Plaintiff AUTUMN TURNAGE and Defendants CITY OF RICHMOND and DEANA NORTON, hereby STIPULATE to re-setting the hearing date to April 13, 2015. The Opposition and Reply due dates, as set by the Court's January 27, 2015 Order, are March 9, 2015 and March 16, 2015, respectively.

IT IS HEREBY STIPULATED between the parties that the Defendants' Motion for Summary Judgment be re-set to April 13, 2015.

SO STIPULATED.

Dated: March 5, 2015

/s/ Scott D. Helsinger
THEODORA R. LEE
SCOTT D. HELSINGER
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CITY OF RICHMOND AND DEANA NORTON

Dated: March 5, 2015

/s/ David M. Poore
DAVID M. POORE
SCOTT A. BROWN
BROWN POORE LLP
Attorneys for Plaintiff
AUTUMN TURNAGE

# [PROPOSED] ORDER

GOOD CAUSE SHOWING, the Stipulation is APPROVED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 29) is hereby re-set to the new hearing date of April 13 2015, at the same time and courtroom.

SO ORDERED.

Dated: March _5_, 2015

_____
UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

Firmwide:131494907.1 079526.1001